# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL GONZALEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>        Defendants. | ) 1:13cv00237 DLB PC<br>)<br>) ORDER STRIKING<br>) UNSIGNED COMPLAINT<br>) (Document 1)<br>)<br>) ORDER TO SHOW CAUSE WHY<br>) ACTION SHOULD NOT BE<br>) DISMISSED<br>)<br>) REPONSE DUE IN FIFTEEN DAYS |

       Plaintiff Israel Gonzalez ("Plaintiff")[1] is a prisoner in the custody of the Federal Bureau of Prisons.  Plaintiff is proceeding pro se and filed this civil rights action on February 15, 2013. He did not submit an application to proceed in forma pauperis or pay the filing fee.

       Plaintiff's complaint is not signed and sets forth no intelligible claims for relief.  The Court cannot consider unsigned filings and the complaint is THEREFORE ORDERED STRICKEN from the record, without prejudice to refiling.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

       Plaintiff is further ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to properly prosecute this action.  Plaintiff is ORDERED to file a response to this order to show cause within fifteen (15) days.  Plaintiff may also comply with this

---

[1] Given the return address of the filing, the Court suspects that the named Plaintiff may not have actually written and submitted this complaint.

1

order by submitting a signed complaint <u>and</u> a complete application to proceed in forma pauperis with this time frame.

**The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **February 25, 2013**              /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE